**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BNB HANA BANK NATIONAL ASSOCIATION | CIVIL ACTION NO. 14-cv-01664 |
| Plaintiff, | (JUDGE CAPUTO) |
| v. | |
| RED MANSION LLC d/b/a NAOMI VILLAGE RESORT | |
| Defendant. | |

## ORDER

**NOW**, this 2nd day of September, 2014, **IT IS HEREBY ORDERED** that Plaintiff is given leave to file an amended complaint within **twenty-one (21) days** from the date of entry of this Order. If Plaintiff fails to do so, the action will be dismissed.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge